*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00356-CV

**TEXAS REAL ESTATE COMMISSION**,
Appellant

v.

Steven **PAYNE** and Kennon Sellers,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-20920
Honorable Michael Peden, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

Delivered and Filed: November 18, 2009

JOINT MOTION TO RENDER JUDGMENT EFFECTUATING PARTIES' SETTLEMENT
AGREEMENT GRANTED

The parties have filed a joint motion stating they have fully resolved and settled all issues in

dispute. The parties ask that we render judgment in favor of appellees Steven Payne and Kennon

Sellers, and against appellant Texas Real Estate Commission, in the amount of $37,500.00 in order

to effectuate their settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(A); 43.2. The motion does

not recite any agreement of the parties as to costs. We grant the motion. Without reference to the

merits, the judgment of the trial court is reversed and judgment is rendered in favor of appellees Steven Payne and Kennon Sellers, and against appellant Texas Real Estate Commission, in the amount of $37,500.00. All costs of this appeal are taxed against appellant. *See* TEX. R. APP. P. 42.1(d).


PER CURIAM